FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 SEP 15 PM 6:48

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. CR310-010 |
| | ) |
| v. | ) VIO: 18 U.S.C. § 1343 |
| | ) Wire Fraud |
| LINDA HARTLEY | ) |

### COUNT ONE
Wire Fraud

**THE GRAND JURY CHARGES THAT:**

1. Beginning on or about August 2, 2007, and continuing until on or about August 31, 2007, the exact dates being unknown, in Telfair County, in the Southern District of Georgia and elsewhere, the defendant,

**LINDA HARTLEY,**

did knowingly and willfully devise and intend to devise a scheme and artifice to defraud a mortgage lender and to obtain money from a mortgage lender by means of materially false and fraudulent pretenses, representations, promises, and omissions.

### MANNER AND MEANS OF THE SCHEME AND ARTIFICE

2. It was part of the scheme and artifice that the defendant would apply for a mortgage loan to refinance rental property that the defendant owned in Deltona, Florida.

3. It was further part of the scheme and artifice that the defendant would have a mortgage loan application submitted to a mortgage lender which contained false representations on topics such as the defendant's assets, monthly income, and intent to occupy the home as a residence.

### THE WIRING

4. On or about August 2, 2007, in Telfair County, in the Southern District of Georgia and

elsewhere, the defendant, for the purpose of executing, and attempting to execute, the scheme and artifice to defraud and to obtain money from a mortgage lender by false and fraudulent pretenses, representations and promises described in paragraphs one through three above, did transmit and cause to be transmitted, by means of a wire communication in interstate commerce, writings, signs, signals, pictures, and sounds, to-wit: the defendant provided information for the mortgage application described above in paragraph three during a telephone interview with an individual who was located in Texas and worked for Countrywide Full Spectrum Lending.

All done in violation of Title 18, United States Code, Sections 1343.

A True Bill
Foreperson

_____
Edward J. Tarver
United States Attorney

_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

_____
David M. Stewart
Assistant United States Attorney
*Lead Counsel*

_____
James D. Durham
First Assistant United States Attorney

_____
Nancy C. Greenwood
Assistant United States Attorney
Deputy Chief, Criminal Division